

# Fourth Court of Appeals
## San Antonio, Texas

January 11, 2017

No. 04-16-00725-CV

**IN THE INTEREST OF E.S.R., JR.**, a Child

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-PA-02014
Honorable Charles E. Montemayor, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION. It is ORDERED that no costs shall be assessed against appellant in relation to this appeal, because he qualifies as an indigent under TEX. R. APP. P. 20.1.

It is so **ORDERED** on January 11, 2017.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of January, 2017.

_Keith E. Hottle_
Keith E. Hottle, Clerk